1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone No. (916) 554-2700

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )     1:04-CV-06594 REC LJO
                                 )
12              Plaintiff,       )     EX PARTE APPLICATION FOR
                                 )     ORDER SETTING STATUS
13      v.                       )     (PRETRIAL SCHEDULING)
                                 )     CONFERENCE AND
14 REAL PROPERTY LOCATED AT 5340 )     ORDER
   HAWVER ROAD, etc.             )
15                               )
                                 )
16              Defendant.       )
   _____)
17                               )
   WESLEY ROBERT CROSIAR         )
18 and CONNIE JUNE CROSIAR,      )
                                 )
19              Claimants        )
   _____)
20

21      Plaintiff, the United States of America, through its

22 attorney, Courtney J. Linn, applies ex parte for an order setting

23 a Status (pretrial scheduling) Conference.

24      Wesley Robert Crosiar and Connie June Crosiar appear pro se

25 and assert a claim to the defendant real property.  No other

26 claimants have come forward and the time for filing an claim has

27 ///

28 ///

1  expired.  The case is ready to be set for an initial Status
2  (pretrial scheduling) Conference before the assigned Magistrate
3  Judge.

4  Dated: 5/23/05                McGREGOR W. SCOTT
                                  United States Attorney
5
                                  /s/ Courtney J. Linn
6  _____
                                  COURTNEY J. LINN
7                                 Assistant U.S. Attorney

8

9                                ORDER
10

11      For cause shown, a Status (pretrial scheduling) Scheduling
12 Conference is hereby set in this matter for August 30, 2005, at
13 8:30 a.m.  At least seven calendar days prior to that date, each
14 party to this action shall submit a separate status report.

IT IS SO ORDERED.

**Dated:   May 24, 2005**              **/s/ Lawrence J. O'Neill**
b9ed48                                 UNITED STATES MAGISTRATE JUDGE

2